STATE OF CONNECTICUT *v.* LLOYD E. WEBB

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 722 (AC 12946), is denied.

*Susan M. Hankins,* assistant public defender, in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided June 26, 1995

NATIONAL ASSOCIATED PROPERTIES *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF NORTH BRANFORD

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 788 (AC 13367), is denied.

*John M. Gesmonde,* in support of the petition.

*Roy H. Scharf,* in opposition.

Decided June 26, 1995

IRAIDA FELICIANO *v.* JUAN FELICIANO

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 856 (AC 12933), is granted, limited to the following issues: